## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Paul Hrywnak Jr            BK NO. 23-02348 MJC
      Paul Hrywnak, Jr. aka Paul Hrywnak
                      Debtor(s)            Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        20 Oct 2023, 18:09:54, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322

Case 5:23-bk-02348-MJC    Doc 13    Filed 10/23/23    Entered 10/23/23 15:52:29    Desc
Document ID: 1870388b5ed0d9f2eb6a245db8c439abee0428b57a57136af6346f9d1da73cd6
Main Document     Page 1 of 1