United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul Hrywnak, Jr.  
    Debtor

Case No. 23-02348-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 08, 2023      Form ID: pdf010      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5572169 | + | Danielle DiLeva, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5572170 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5572171 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5572174 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5572175 | + | KAB Construction, Inc., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5572176 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5572180 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5572181 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5572186 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5572187 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5572189 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2023 18:41:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 5572167 | + | Email/Text: g20956@att.com | Nov 08 2023 18:41:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5572166 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 08 2023 18:41:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5572168 | + | Email/Text: bnc-capio@quantum3group.com | Nov 08 2023 18:41:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5572172 | ^ | MEBN | Nov 08 2023 18:39:35 | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5572173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5572178 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2023 19:37:46 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572179 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2023 18:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572182 | | Email/Text: bankruptcies@penncredit.com | Nov 08 2023 18:41:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |

| Recip ID | Bypass Reason | Name and Address | | |
| --- | --- | --- | --- | --- |
| 5572184 | ^ MEBN | | Nov 08 2023 18:39:35 | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5572183 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | Nov 08 2023 18:41:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5572188 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Nov 08 2023 18:41:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5572190 | Email/Text: bankruptcy@uscbcorporation.com | | Nov 08 2023 18:41:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5572177 | ##+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5572185 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 Paul Hrywnak Jr. zac@jzacchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **PAUL HRYWNAK, JR.**, aka<br>Paul Hrywnak,<br>Debtor(s), | :<br>:<br>: | Chapter **13**<br>Case No. **5:23-bk-02348-MJC** |
| **PAUL HRYWNAK, JR.**,<br>Movant(s),<br>vs.<br>**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2, **SELECT PORTFOLIO SERVICING, U.S. INTERNAL REVENUE SERVICE, PA DEPARTMENT OF REVENUE,** And all parties listed on the mailing matrix filed with the Clerk,<br>Respondent(s). | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Motion to<br>Extend Automatic Stay |

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of Debtor's Motion to Extend Automatic Stay, Dkt. # 14 ("Motion"), no responses having been filed thereto, and after a hearing held on November 7, 2023, it is hereby

**ORDERED** that the Motion be and is hereby **GRANTED**; and it is furtherr

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 8, 2023