In re:                                                         Case No. 23-02348-MJC

Paul Hrywnak, Jr.                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 2

Date Rcvd: Feb 26, 2024                 Form ID: ntcnfhrg                     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5572169 | + | Danielle DiLeva, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5572170 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5572171 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5572174 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5572175 | + | KAB Construction, Inc., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5572176 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5572180 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5572181 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5572186 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5572187 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5572189 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2024 18:48:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 5572167 | + | Email/Text: g20956@att.com | Feb 26 2024 18:48:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5572166 | + | Email/Text: mnapoletano@ars-llc.biz | Feb 26 2024 18:48:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5572168 | + | Email/Text: bnc-capio@quantum3group.com | Feb 26 2024 18:48:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5585392 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 26 2024 18:48:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5572172 | ^ | MEBN | Feb 26 2024 18:43:08 | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5572173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2024 18:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5572178 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2024 19:00:14 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572179 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2024 19:00:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5572182 | | Email/Text: bankruptcies@penncredit.com | Feb 26 2024 18:48:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5572184 | ^ | MEBN | Feb 26 2024 18:44:19 | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5572183 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2024 18:48:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5572188 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 26 2024 18:48:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5572190 | | Email/Text: bankruptcy@uscbcorporation.com | Feb 26 2024 18:47:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5572177 | ##+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5572185 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 Paul Hrywnak Jr. zac@jzacchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Paul Hrywnak Jr.,<br>aka Paul Hrywnak,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:23−bk−02348−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 28, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2024 |

ntcnfhrg (08/21)